FILED
2019 MAY -8 PM 3:46
CLERK U.S. DISTR.
CENTRAL DIST. OF
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 19-CR00284-JAK |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| SHANT OHANIAN, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1343]

A. INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1. Defendant SHANT OHANIAN ("OHANIAN") was a resident of Los Angeles County, within the Central District of California.

2. Between in or about January 2012 and January 2017, defendant OHANIAN was an attorney licensed by the State Bar of California.

B. THE SCHEME TO DEFRAUD

3. Beginning on an unknown date, but no later than on or about May 5, 2012, and continuing through at least on or about May 21, 2018, in Los Angeles County, within the Central District of

California, and elsewhere, defendant OHANIAN and Silva Sevlian Ohanian, also known as Silva Sevlian ("Silva Ohanian"), knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud defendant OHANIAN's legal clients as to material matters, and to obtain money and property from defendant OHANIAN's legal clients by means of material false and fraudulent pretenses, representations, and promises and the concealment of material facts.

C.  <u>THE MANNER AND MEANS OF THE SCHEME TO DEFRAUD</u>

4. The scheme to defraud operated, in substance, in the following manner:

    a. Individuals and businesses would retain defendant OHANIAN to represent them in legal matters.

    b. Defendant OHANIAN would inform his clients that he filed, on the client's behalf, legal paperwork in court or with federal immigration authorities when, in fact, defendant OHANIAN knew no such legal paperwork had been filed.

    c. Defendant OHANIAN would inform his clients that he had obtained favorable legal resolutions when, in fact, defendant OHANIAN knew that no such favorable legal resolution had been reached.

    d. Defendant OHANIAN would solicit from his clients payment for legal services that he never rendered and for expenses he never incurred.

    e. Defendant OHANIAN and Silva Ohanian would provide fraudulent legal paperwork to defendant OHANIAN's clients representing that defendant OHANIAN had obtained favorable legal resolutions for his clients.

    f. Defendant OHANIAN and Silva Ohanian would make disguised phone calls to defendant OHANIAN's clients, in which

1 | defendant OHANIAN and Silva Ohanian claimed to be representatives of
2 | financial institutions, government agencies, as well as state and
3 | federal courts, in order to represent that defendant OHANIAN had
4 | obtained favorable legal resolutions for his clients.
5 | D.   THE USE OF THE WIRES
6 |      5.   In or around April 2017, in Los Angeles County, within the
7 | Central District of California, defendant OHANIAN, for the purpose of
8 | executing the above-described scheme to defraud, transmitted and
9 | caused the transmission of a wire communication in interstate and
10 | foreign commerce, namely, defendant OHANIAN made a telephone call to
11 | Victim 7 while Victim 7 was located in Florida, in which defendant
12 | OHANIAN instructed Victim 7 to make payments for "unpaid court fees"
13 | to defendant OHANIAN, when, in fact, Victim 7 did not owe any court
14 | fees.

NICOLA T. HANNA
United States Attorney



LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and Civil
Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Deputy Chief, Public Corruption
and Civil Rights Section

ARON KETCHEL
Assistant United States Attorney
Public Corruption and Civil Rights
Section