

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Shant Ohanian DEFENDANT(S). | CASE NUMBER CR No. 19-00284-JAK WAIVER OF INDICTMENT |
|---|---|

I, __Shant Ohanian_____, the above-named defendant, who is accused of __Wire fraud_____, in violation of __18 U.S.C. 1343:_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __05/14/2019_____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to defendant _____, on this date.

Date: _____

Before _____
*Judicial Officer*

_____
*Interpreter*