| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 8 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

v.

SHANT OHANIAN,

        Defendant-Appellant.

No. 21-50030

D.C. No. 2:19-cr-00284-JAK-1
Central District of California,
Los Angeles

ORDER

Appellant's unopposed motion for voluntary dismissal of this appeal (Docket Entry No. 14) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Katherine Henderson
Deputy Clerk
Ninth Circuit Rule 27-7