WHEN RECORDED MAIL TO:

Recording Requested By:
UNITED STATES ATTORNEY'S OFFICE
300 NORTH LOS ANGELES STREET, RM. 7516AA
LOS ANGELES, CA 90012
ATTN: FINANCIAL LITIGATION UNIT
TEL: 213-894-2470

FILED

2021 DEC -2 PM 2: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ JB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>           PLAINTIFF(S),<br>v.<br><br>SHANT OHANIAN,<br><br>           DEFENDANT(S). | CASE NUMBER:<br><br>~~CV~~   CR 19-284-JAK<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  11/19/2021
in favor of   Plaintiff United States of America
whose address is   300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012
and against   Surety Osik Moses
whose last known address is   ▌▌▌▌▌▌▌▌▌▌   Burbank, CA ▌▌
for $  50,000        Principal, $  0.00        Interest, $  0.00        Costs,
and $  0.00          Attorney Fees.

ATTESTED this   2   day of  December , 20 21.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; xxx-xx-7144  (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Shant Ohanian                                           CLERK, U.S. DISTRICT COURT

Burbank, CA 91504                                       By  *Johanie Bonegas*
                                                              Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

1245

G-18 (03/12)                          ABSTRACT OF JUDGMENT/ORDER